DSC 92
04/12

# COMMITMENT

| | DISTRICT<br>SOUTH CAROLINA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JOHN PHILLIP DRAWDY | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br><br>3:17-mj-222 |

The above named defendant was arrested upon Complaint by United States

charging a violation of (See the Complaint)     U.S.C. §

**DISTRICT OF OFFENSE**
District of South Carolina

**DATE OF OFFENSE**
See the complaint

**DESCRIPTION OF CHARGES:**

See the Complaint

**BOND IS SET AT**
$100,000 secured. ∆ shall submit to location monitoring as well as any other condition imposed by Magistrate Judge executing the bond.

TO:   THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

9/26/17

*Paige J. Gossett*
United States Magistrate Judge
**PAIGE J. GOSSETT**

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL | |